**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| EDWARD J. SCHOCK, | : | No. 609 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| CITY OF LEBANON, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> Where subsection 5(f)(2) of the Neighborhood Improvement District Act, Act of December 20, 2000, P.L. 949, No. 130 provides for veto of a final plan "[i]f 40% or more of the affected property owners within the proposed NID [neighborhood improvement district] register their disapproval," is the term "affected property owners within the proposed NID" limited to the owners of properties to be assessed under the plan or does the term include the owners of all properties that are within the physical boundaries of the district?